IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-00502-WDM-KMT

SOUTHLANDS TOWER, LLC.,

      Plaintiff,

v.

OFF BROADWAY SHOES, INC.,

      Defendant.

---

## NOTICE OF DISMISSAL OF SECOND CLAIM ONLY

---

      The court takes judicial notice that the parties have filed a Stipulation for

Dismissal of Plaintiff's Second Claim for Relief (ECF No. 18) in accordance with Fed. R.

Civ. P. 41(a)(1)(ii).  Accordingly, the second claim for relief only is dismissed with

prejudice, each party to pay his or its own costs and attorneys' fees.

      DATED at Denver, Colorado, on August 26, 2010.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States Senior District Judge

PDF FINAL